IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY PARKER,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-5334** |
| : | |
| **JULIA PARKER GREENWOOD,** : | |
| **DIRECTOR,** *et al.*, : | |
|     Defendants. : | |

**ORDER**

AND NOW, this 15th day of March, 2021, upon consideration of Plaintiff Anthony Parker's Complaint (ECF No. 2-3) it is **ORDERED** that:

1. Other than Parker's claim against Defendant Tammy E. Stephen, based on her alleged interference with his ability to file objections to the result of the December 2, 2019 child support modification conference, the Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. The claim against Defendant Tammy E. Stephen will be served for a responsive pleading. The Clerk of Court shall issue a summons. Service of the summons and the Complaint shall be made upon the Defendant by the U.S. Marshals Service.

3. Parker will be required to complete a USM-285 form so that the Marshals can serve the Defendant.[1] Failure to complete this form may result in dismissal of this case.

4. All original pleadings and other papers submitted for consideration to the Court in this case are to be filed with the Clerk of Court. Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*). Service may be

---

[1] USM-285 forms may be accessed at https://www.usmarshals.gov/process/usm285.htm

1

made by mail.  Proof that service has been made is provided by a certificate of service.  The certificate of service should be filed in the case along with the original papers and should show the day and manner of service.  An example of a certificate of service by mail follows:

> "I,  (name), do hereby certify that a true and correct copy of the foregoing (name of pleading or other paper) has been served upon (name(s) of person(s) served) by placing the same in the U.S. mail, properly addressed, this (day) of (month), (year).
>
> _____
>    (Signature)"

5. Any request for court action shall be set forth in a motion, properly filed and served.  The parties shall file all motions, including proof of service upon opposing parties, with the Clerk of Court.  The Federal Rules of Civil Procedure and Local Rules are to be followed.  Parker is specifically directed to comply with Local Civil Rule 7.1 and serve and file a proper response to all motions within fourteen (14) days.  Failure to do so may result in dismissal.

6. Parker is specifically directed to comply with Local Rule 26.1(f) which provides that "[n]o motion or other application pursuant to the Federal Rules of Civil Procedure governing discovery or pursuant to this rule shall be made unless it contains a certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute."  Parker shall attempt to resolve any discovery disputes by contacting Defendant's counsel directly by telephone or through correspondence.

7. No direct communication is to take place with the United States District Judge or United States Magistrate Judge with regard to this case.  All relevant information and papers are to be directed to the Clerk of Court.

8. In the event a summons is returned unexecuted, it is Parker's responsibility to ask the Clerk of Court to issue an alias summons and to provide the Clerk with the Defendant's correct address, so service can be made.

9. The parties should notify the Clerk's Office when there is an address change. Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**