IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY PARKER, *Plaintiff*, v. TAMMY E. STEPHEN, *Defendant*. | Civil Action No. 20-cv-5334 |

## ORDER

**AND NOW**, this 7th day of April, 2022, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 11), Plaintiff's response in opposition thereto (ECF No. 12), Defendant's reply (ECF No. 13), and Plaintiff's Motion to Amend (ECF No. 14), it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss (ECF No. 11) is **GRANTED**.
2. Plaintiff's Motion to Amend (ECF No. 14) is **DENIED**.
3. Plaintiff's Complaint is **DISMISSED**.
4. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**